

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Richard H. Drew, III, Appellant

No. 06-17-00102-CV     v.

A.C.B., Appellee

Appeal from the 40th District Court of Ellis County, Texas (Tr. Ct. No. 94,755). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we reverse that part of the trial court's judgment granting a permanent injunction and render judgment denying A.C.B.'s request for a permanent injunction. In all other respects, we affirm the trial court's judgment.

We further order that the appellant pay all costs of appeal.

RENDERED JULY 10, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk